**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

JASPER JERMAINE REED,                :

    Petitioner,                          :

                           CIVIL ACTION NO. 21-0242-WS-MU

                         :

vs.                                  CRIMINAL NO. 18-00092-WS

                         :

UNITED STATES OF AMERICA,            :

    Respondent.

## <u>ORDER</u>

    After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 1, 2021, is **ADOPTED** as the opinion of this Court.

    **DONE** this 23rd day of August 2021.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**